# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGLAN ALVARADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEBRA DEXTER HERNDON,<br><br>　　　　　Defendant. | Case No. EDCV 10-0760-CJC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss be granted and that Judgment be entered dismissing this action with prejudice.

DATED:  June 11, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE