JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGLAN ALVARADO,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA DEXTER HERNDON,<br><br>Defendant. | Case No. EDCV 10-0760-CJC (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: June 11, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE