JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGLAN ALVARADO, | Case No. EDCV 10-0760-CJC (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEBRA DEXTER HERNDON, | |
| Defendant. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: June 11, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE